# IN THE COURT OF APPEALS OF IOWA

No. 21-0668
Filed April 27, 2022

**ROSEMARIE STOTTS,**
    Plaintiff-Appellant,

**vs.**

**EMPLOYMENT APPEAL BOARD and CARROLL COUNTY,**
    Defendants-Appellees.
_____

Appeal from the Iowa District Court for Carroll County, Gina C. Badding, Judge.

A former employee appeals the judicial review order affirming her disqualification for unemployment benefits. **AFFIRMED**.

Jeffrey M. Lipman of Lipman Law Firm, P.C., West Des Moines, and Shane C. Michael of Michael Law Firm, West Des Moines, for appellant.

Rick Autry, Employment Appeal Board, Des Moines, for appellees.

Heard by May, P.J., and Greer and Chicchelly, JJ. Badding, J. takes no part.

**MAY, Presiding Judge.**

Rosemarie Stotts appeals the district court's order affirming an Employment Appeal Board (EAB) ruling denying unemployment compensation benefits. Stotts argues substantial evidence does not support the EAB's conclusion that she is disqualified from unemployment benefits because of misconduct. *See* Iowa Admin. Code r. 871–24.21(1)(a) (defining "misconduct" to include "conduct evincing . . . an intentional and substantial disregard of the employer's interests or of the employee's duties and obligations to the employer"). Like the district court, we conclude substantial evidence exists to support the EAB's decision. We affirm without further opinion. Iowa Ct. R. 21.26(1)(b) (providing memorandum opinions may be appropriate when "[t]he issue is whether the evidence is sufficient to support . . . an administrative agency's finding, and the evidence is sufficient").

**AFFIRMED.**